UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:15-CR-259-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| ANDREW FLOYD FABIAN, ) | |
| ) | |
| Defendant. ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Defendant's Sentencing Memorandum in Support of Downward Departure (DE 25) filed on January 22, 2016, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Sentencing Memorandum in Support of Downward Departure (DE 25) be sealed.

This 25th day of January 2016.

_____
MALCOLM J. HOWARD
Senior United States District Court Judge